# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMIE SETZER, | No. 3:19-CV-01806 |
| Plaintiff, | (Judge Brann) |
| v. | |
| JOHN WETZEL, | |
| Defendant. | |

## ORDER

**MARCH 27, 2020**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute. The Court may reconsider its dismissal should Plaintiff provide his updated address within a reasonable time period.

2. The Clerk of Court is directed to **CLOSE** this case.

        BY THE COURT:

        *s/ Matthew W. Brann*
        Matthew W. Brann
        United States District Judge